## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GLOBAL INDUSTRIES HOLDINGS, LTD., a Bahamian limited liability company       Plaintiff | FILED STAMP: APRIL 9, 2008 |
| v. | 08CV2018    J. N. |
| MEIJER, INC. | JUDGE   LEFKOW |
|                                                      Defendant | MAG. JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GLOBAL INDUSTRIES HOLDINGS, LTD., a Bahamian limited liability company

| | |
|---|---|
| NAME (Type or print)<br>Gary I. Blackman | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ | |
| FIRM<br>LEVENFELD PEARLSTEIN, LLC | |
| STREET ADDRESS<br>2 N. LaSalle St., Ste. 1300 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>ARDC #6187914 | TELEPHONE NUMBER<br>(312) 346.8380 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |