U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | FILED STAMP: APRIL 9, 2008 |
|---|---|---|
| GLOBAL INDUSTRIES HOLDINGS, LTD., a Bahamian limited liability company     Plaintiff | | 08CV2018   J. N. |
| v. | | JUDGE   LEFKOW |
| MEIJER, INC. | | MAG. JUDGE COX |
| Defendant | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GLOBAL INDUSTRIES HOLDINGS, LTD., a Bahamian limited liability company

| NAME (Type or print) |
|---|
| Mitchell J. Weinstein |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| LEVENFELD PEARLSTEIN, LLC |

| STREET ADDRESS |
|---|
| 2 N. LaSalle St., Ste. 1300 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| ARDC #6217028 | (312) 346.8380 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐