UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLOBAL INDUSTRIES HOLDINGS, LTD., a Bahamian limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MEIJER, INC.<br><br>Defendant. | FILED STAMP: APRIL 9, 2008<br>08CV2018   J. N.<br>JUDGE   LEFKOW<br>MAG. JUDGE COX |

### RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure Rule 7.1 and Rule 3.2 of the Local Rules of the Northern District of Illinois, Plaintiff respectfully states that its sole member is GLOBAL INDUSTRIES HOLDINGS, LTD.

Respectfully submitted,

GLOBAL INDUSTRIES
HOLDINGS, LTD.

By: /s/ Gary I. Blackman
    One of Its Attorneys

Gary I. Blackman (ARDC # 6187914)
Mitchell J. Weinstein (ARDC #6217028)
LEVENFELD PEARLSTEIN, LLC
2 N. LaSalle St., Ste 1300
Chicago, Illinois 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8434