## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2018                    Assigned/Issued By: j. n.

Judge Name: LEFKOW                       Designated Magistrate Judge: COX

### FEE INFORMATION

**Amount Due:**
- [ ] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [x] No Fee
- [ ] Other _____
- [ ] $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                             Receipt #: 2682316

Date Payment Rec'd: 4-9-08                   Fiscal Clerk: J.N.

### ISSUANCES

- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons

_____
_____
*(Victim, Against and $ Amount)*

- [ ] Citation to Discover Assets
- [ ] Other
- [ ] Writ _____
*(Type of Writ)*

_____
_____
*(Type of issuance)*

1 Original and 0 copies on 4-10-08 as to DEFENDANT
*(Date)*