AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GLOBAL INDUSTRIES HOLDINGS, LTD., a
Bahamian limited liability company

V.

MEIJER, INC.

CASE NUMBER: 08CV2018

ASSIGNED JUDGE: JUDGE LEFKOW
MAG. JUDGE COX

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Meijer, Inc.
2929 Walker Ave., NW
Grand Rapids, MI 49544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY. (name and address)

Gary I. Blackman (ARDC #6187914)
Mitchell J. Weinstein (ARDC #6217028)
Levenfeld Pearlstein, LLC
2 N. LaSalle St., Ste. 1300
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

April 10, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me (1) | 4/22/08 |
| NAME OF SERVER *(PRINT)* Sharon L. Helsel | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 2929 Walker NW, Grand Rapids, Mich on Mary Timmer, Asst to Robert Verheulen

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/22/08         Sharon L Helsel
              Date             Signature of Server

72 Indian Lakes NE
*Address of Server*
Sparta, MI 49345

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

ClientCaseID: 35685-74564
CaseID: 183323
Law Firm ID: LEVENFEL



CaseReturnDate: 6/10/08

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number  08CV2018

I, Sharon L. Helsel
FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT.

THAT HE SERVED THE WITHIN   SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT   MEIJER INC.

( ) PERSONAL SERVICE: IN THAT I PERSONALLY DELIVERED THE PROCESS TO THE DEFENDANT.

( ) ABODE/SUBSTITUTE SERVICE:
I SERVED A MEMBER OF HOUSEHOLD 13 YEARS OF AGE OR OLDER AT THE DEFENDANTS USUAL PLACE OF ABODE AND INFORMED THAT PERSON OF THE CONTENTS THEREOF AND FURTHER MAILED A COPY OF THE SUMMONS OR PROCESS IN A SEALED ENVELOPE WITH POSTAGE PREPAID TO THE DEFENDANT, AT HIS USUAL PLACE OF ABODE WITHIN TWO BUSINESS DAYS OF THE SERVICE.

(X) CORPORATE SERVICE: IN THAT I SERVED THE DEFENDANT CORPORATION BY LEAVING COPY OF THE PROCESS WITHIN THE PERSON LISTED BELOW

( ) UNABLE TO SERVE/NON SERVICE AFFIDAVIT: I WAS UNABLE TO SERVE THE DEFENDANT

Date Of Service: 4/22/08   Time of Service: 10:00 AM   Date Of Mailing
PERSON SERVED  MARY TIMMER, ASS'T TO ROBERT J. VERHEULEN
Age  54   Sex  F   Race  Cauc   Height  5'9"   Build  medium   Hair  Blonde

LOCATION OF SERVICE  2929 WALKER AVE. NW
GRAND RAPIDS, MI, 49544

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Sharon L. Helsel  4/22/08

AGENCY NAME:  OUTSIDE AGENCY        NAME OF SERVER:        DATE:
ADDRESS: 72 Indian Lakes NE
CITY: Sparta
ST: MI   ZIP: 49345
PHONE: 616-887574