**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GLOBAL INDUSTRIES HOLDINGS, LTD.,** a **Bahamian limited liability company,** | ) ) ) | |
| **Plaintiff,** | ) ) | No. 08 C 2018 |
| v. | ) ) | **Judge Joan H. Lefkow** |
| **MEIJER, INC.,** | ) ) | **Magistrate Susan E. Cox** |
| **Defendant.** | ) | |

### NOTICE OF FILING

To: Christopher M. Heintskill
Gary Irwin Blackman
Mitchell Jayson Weinstein
Levenfeld Pearlstein
2 North LaSalle Street
13th Floor
Chicago, IL 60602

PLEASE TAKE NOTICE THAT on July 11, 2008, we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR PATENT INFRINGEMENT**, a copy of which is attached hereto and thereby served upon you.

QUERREY & HARROW, LTD.

### Affidavit of Service

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Filing was served upon the person(s) to whom it is addressed by mailing a copy of the same to them at their address and depositing the same in the United States Mail at 175 W. Jackson Boulevard, Chicago, Illinois on July 11, 2008, with proper postage prepaid.

/s/Beverly A. Berneman
Beverly A. Berneman

QUERREY & HARROW, LTD.
Attorneys for Defendant
175 W. Jackson Boulevard, Suite 1600
Chicago, Illinois 60604
(312) 540-7000